Rachel E. Kaufman, CA Bar No. 259353
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Counsel for Plaintiff and all others similarly situated*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN JOHNSON,** individually and on behalf of all others similarly situated, | Case Number: 4:19-cv-03506-YGR |
| *Plaintiff*, | **NOTICE OF SETTLEMENT** |
| *v.* | |
| **CHIPOTLE MEXICAN GRILL, INC.,** a California corporation, | |
| *Defendant.* | |

Plaintiff Karen Johnson hereby gives notice that the parties have reached a settlement in principle of Plaintiff's individual claims, and respectfully requests that all current deadlines be suspended for 30 days to allow the parties to memorialize their settlement in a written agreement.

Dated:  September 26, 2019.      */s/ Rachel E. Kaufman*
                  Rachel E. Kaufman, CA Bar No. 259353
                  KAUFMAN P.A.
                  400 NW 26th Street
                  Miami, FL 33127
                  Telephone: (305) 469-5881
                  Email: rachel@kaufmanpa.com

Notice of Settlement
Case No. 4:19-cv-03506-YGR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


*/s/ Rachel E. Kaufman*
Rachel E. Kaufman

Page **2** of **2**

Notice of Settlement
Case No. 4:19-cv-03506-YGR