Rachel E. Kaufman, CA Bar No. 259353
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Counsel for Plaintiff and all others similarly situated*

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
10/25/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN JOHNSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CHIPOTLE MEXICAN GRILL, INC.,** a California corporation,<br><br>*Defendant.* | Case Number: 4:19-cv-03506-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Karen Johnson hereby gives notice of the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative classes' claims, with each party to bear its own attorneys' fees and costs.

Dated: October 22, 2019.  */s/ Rachel E. Kaufman*
Rachel E. Kaufman, CA Bar No. 259353
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman

Notice of Voluntary Dismissal
Case No. 4:19-cv-03506-YGR